UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER FICCA,  :
:
    Plaintiff  : No. 4:11-CV-1521
:
v.  : (Judge Nealon)
:
MICHAEL J. ASTRUE,  :
COMMISSIONER OF SOCIAL  :
SECURITY,  :
:
    Defendant  :

**FILED**
**SCRANTON**

SEP 2 7 2012

PER _____
    DEPUTY CLERK

## ORDER

**NOW**, this 28th day of September, 2012, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's appeal of the Commissioner's decision is **DENIED**.

2. The decision of the Commissioner of Social Security denying Plaintiff disability insurance benefits is **AFFIRMED**.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
**United States District Judge**