UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER FICCA, | : | |
| | : | |
| Plaintiff | : | No. 4:11-CV-1521 |
| | : | |
| v. | : | (Judge Nealon) |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant | : | |

FILED
SCRANTON
SEP 27 2012
PER _____
DEPUTY CLERK

### ORDER

**NOW**, this 28th day of September, 2012, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's appeal of the Commissioner's decision is **DENIED**.

2. The decision of the Commissioner of Social Security denying Plaintiff disability insurance benefits is **AFFIRMED**.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
**United States District Judge**